IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRUCE A. WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v, | ) | Case No. 04 C 6527 |
| | ) | |
| LAKE COUNTY SHERIFF | ) | Judge David H. Coar |
| DEPARTMENT, DIRECTOR DEFILIPPO, | ) | |
| OFFICER KNAUS, OFFICER DICKSON, | ) | |
| LIEUTENENT HAMM, SGT. JOPLIN, | ) | |
| OFFICER RIVERA, OFFICER | ) | |
| ALTEMAN, SGT. JENKINS and | ) | |
| OFFICER HATTON, | ) | |
| | ) | |
| Defendants. | ) | |

## **DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW**

CHARLES DeFILIPPO, KENNETH KNAUS, PETER DICKSON, KEITH JOPLIN, NANCY RIVERA, DANIEL ADLEMUND, JOSEPH JENKINS and CORY HATTON, defendants, by their attorney Daniel P. Field, respectfully move pursuant to Fed.R.Civ.Proc. 50(a) that this court enter judgment in their favor and against the plaintiff as a matter of law, and in support thereof, state as follows:

1. Defendant has alleged in his Second Amended Complaint that these defendant breach a duty owed to plaintiff to protect him from harm at the hands of others.

2. Such a claim requires plaintiff to establish proof of deliberate indifference to a known substantial risk of serious harm to prevail.

3. Plaintiff's proofs fail to establish a duty owed by these defendants to the plaintiff or a breach thereof.

4. Plaintiff's proofs fail to establish a serious injury.

5. There is no vicarious liability under Section 1983.

6. Defendant Lake County Sheriff's Department is not a legal entity capable of being sued.

7. Defendants submit a memorandum of law in support of this motion.

Respectfully submitted,

CHARLES DeFILIPPO, KENNETH KNAUS, PETER DICKSON, RICK HAMM, KEITH JOPLIN, NANCY RIVERA, DANIEL ADLEMUND, JOSEPH JENKINS, and CORY HATTON, defendants


By: s/ Daniel P. Field
_____

Daniel P. Field
SCARIANO, HIMES AND PETRARCA
209 West Madison Street
Waukegan, IL 60085-4345
847-662-5800